DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. McQUAIG

No. 428P84.

Case below: 69 N.C. App. 178.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. MEADOWS

No. 313P84.

Case below: 68 N.C. App. 357.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. MYERS and STATE v. GARRIS

No. 397P84.

Case below: 61 N.C. App. 554.

Petition by defendant (Garris) for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.

STATE v. ROGERS

No. 451P84.

Case below: 68 N.C. App. 358.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals and petition for temporary stay denied 9 August 1984.

STATE v. STEDMAN

No. 247P84.

Case below: 67 N.C. App. 197.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.